UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANG TU,

                Plaintiff,

    v.

SNOHOMISH COUNTY POLICE DEPARTMENT ET AL.,

                Defendants.

Case No. 3:23-CV-05112-RJB-TLF

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff is a patient at the Western State Hospital, proceeding *pro se* in this civil rights action. The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, hereby finds and **ORDERS**:

(1) Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **GRANTED**.

(3) The Clerk is directed to send a copy of this Order to plaintiff, and to the financial officer of this Court.

Dated this 22nd day of March, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge