UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANG TU,

                Plaintiff,

    v.

SNOHOMISH POLICE, ET AL.,

                Defendants.

Case No. 3:23-cv-05112-RJB-TLF

REPORT AND RECOMMENDATION

NOTED FOR JUNE 9, 2023

On February 8, 2023 plaintiff filed a Motion for Leave to Proceed *in Forma Pauperis* (IFP) (Dkt. 1), with respect to his proposed civil rights complaint (Dkt. 1-1). On March 23, 2023, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim. Dkt. 5.

Given the identified deficiencies in the complaint, the Court did not order service of plaintiff's complaint. Plaintiff was given until April 28, 2023, to show cause why his complaint should not be dismissed or file an amended complaint. Plaintiff has not responded to the Court's order to show cause. Accordingly, the undersigned recommends that the Court dismiss plaintiff's action without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for

REPORT AND RECOMMENDATION - 1

purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on June 9, 2023, as noted in the caption.

Dated this 16th day of May, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge